Dismissed and Opinion filed December 12, 2002









Dismissed and Opinion filed December 12, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00612-CV

____________

 

MEMON CORPORATION, INC., Appellant

 

V.

 

LESLIE=S
POOLMART, INC., Appellee

 



 

On
Appeal from the County Civil Court at Law No. 2

Harris
County, Texas

Trial
Court Cause No. 763,622

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed March 12, 2002.

On December 6, 2002, appellant filed a motion to dismiss
because it no longer desires to prosecute the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted. 

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion filed
December 12, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).